# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable James O. Browning

**CASE NO.** CV 19-99 JB/CG                **DATE:**  April 12, 2019

**TITLE:** *Great Divide Wind Farm 2 LLC v. Becenti Aguilar, et al*

**COURTROOM CLERK:** C. Bevel        **COURT REPORTER:**   J. Bean

**COURT IN SESSION:** 3:12PM-4:34PM        **TOTAL TIME:** 1 HR 22 MIN

**TYPE OF PROCEEDING:** 18 MOTION to Disqualify Counsel , 25 MOTION to Amend/Correct 18
MOTION to Disqualify Counsel

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**   **ATTORNEYS PRESENT FOR DEFENDANT(S):**

 Jason Marks Adam Wenner, Jonathan        Judith Amer
 Guy

**PROCEEDINGS:**

3:12pm     Court in session counsel enter appearances, Jason Marks present in person, all other

counsel participating telephonically.  Court thanks counsel for allowing hearing by phone while

he is in the Dallas Texas area.  Court addresses counsel regarding inclination to take matter

under advisement until court has a better grasp. Court will be hearing Motion to Intervene and

Motions to Dismiss on Wednesday next week.

3:18pm     Ms. Amer responds, argues in support of Motion to Disqualify Counsel.

3:36pm     Mr. Guy responds, argues in opposition to Motion to Disqualify Counsel. Requests

court deny Motion.

4:01pm     Ms. Amer replies with final arguments in support of Motion.

4:25pm     Court is less inclined to grant the motion, not saying it is denied at this time, however

will continue to review and take under advisement and issue an opinion and will not stay the

case. Court will leave Mr. Mark's in place at this time.

4:28pm     Mr. Guy addresses Court with final points on Motion.

4:29pm     Ms. Amer responds.

4:30pm     Mr. Guy responds.

4:34pm     Court in recess.