UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| GREAT DIVIDE WIND FARM 2 LLC, a Delaware corporation, and GREAT DIVIDE WIND FARM 3 LLC, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THERESA BECENTI AGUILAR, CYNTHIA HALL, JEFFERSON BYRD, VALERIE ESPINOZA, AND STEPHEN FISCHMANN, in their official capacities as the Commissioners of the New Mexico Public Regulation Commission,<br><br>Defendants. | No: 1:19-cv-99-JB-CG |

## NOTICE OF APPEAL

Notice is hereby given that Great Divide Wind Farm 2 LLC and Great Divide Wind Farm 3 LLC, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on the 30 day of November, 2019.

Respectfully submitted,

                                                 */s/*
                                      JASON MARKS LAW LLC
                                      Jason Marks
                                      1011 Third St. NW
                                      Albuquerque, NM 87102
                                      505-385-4435
                                      lawoffice@jasonmarks.com
                                      ***Attorney for Plaintiff***